# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 9, 2008

136682 & (17)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
　　　　Plaintiff-Appellee,

v

CRAIG JOSEPH GRIFFITH,
　　　　Defendant-Appellant.

SC: 136682
COA: 281785
Emmet CC: 05-002454-FH

_____/

　　　　On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the May 15, 2008 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



　　　　I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 9, 2008　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　Clerk

p0828